COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:           01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR

Style:                 Javier Noel Campos v. The State of Texas

Date motion filed[*]:    August 20, 2014

Type of motion:      State's Fourth Motion for Extension of Time to File Appellate Brief

Party filing motion:    Appellee

Document to be filed:  Appellee's brief

Is appeal accelerated?     No

If motion to extend time:

      Original due date:         May 27, 2014

      Number of extensions granted:    2        Current Due date:  August 28, 2014

      Date Requested:       September 5, 2014

Ordered that motions are:

    ☑ Granted

        If document is to be filed, document due:

        ☑      No further extensions of time will be granted

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

    **Given appellee's counsel's explanations and reassignment to this appeal, we GRANT appellee's fourth motion for extension of time to file appellee's brief, but with no further extensions.** *See* **TEX. R. APP. P. 38.6(d). If appellee's brief is not filed by September 5, 2014, the case may be considered on the appellant's brief only.** *See* **TEX. R. APP. P. 38.9(a).**

Judge's signature: /s/ Evelyn V. Keyes
                  ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: August 26, 2014

November 7, 2008 Revision